FILED 24 APR '20 11:05USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

4TH District of OREGON

PORTLAND Division

| | |
|---|---|
| BRIAN REDMOND | Case No. 3:20-cv-00687-MO |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | |
| –v– | |
| "SEE ATTACHED" | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

DEFENDANTS LIST

DEFENDANT No. 1     MULTNOMAH COUNTY, OREGON
                    A MUNICIPAL CORPORATION

DEFENDANT No. 2     STATE OF OREGON

DEFENDANT No. 3     MULTNOMAH COUNTY SHERIFF'S OFFICE
                    SHERIFF MICHAEL REESE

DEFENDANT No. 4     MULTNOMAH COUNTY HEALTH DEPARTMENT
                    CORRECTIONS HEALTH
                    MULTNOMAH COUNTY, OREGON

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name BRIAN K. REDMOND

All other names by which
you have been known:

ID Number 58769

Current Institution MULTNOMAH COUNTY INVERNESS JAIL

Address 11540 NE INVERNESS DR

PORTLAND OR 97220
City        State     Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name MULTNOMAH COUNTY OREGON,

Job or Title *(if known)* A MUNICIPAL CORPORATION

Shield Number

Employer

Address

PORTLAND OR
City        State     Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name STATE OF OREGON

Job or Title *(if known)*

Shield Number

Employer

Address

SALEM OR
City        State     Zip Code

[ ] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 MULTNOMAH COUNTY SHERIFF'S OFFICE
    Job or Title *(if known)*    SHERIFF MICHAEL REESE
    Shield Number
    Employer
    Address

    PORTLAND           OR
        *City*               *State*           *Zip Code*
    [X] Individual capacity    [X] Official capacity

Defendant No. 4
    Name                 MULTNOMAH COUNTY HEALTH DEPARTMENT
    Job or Title *(if known)*    CORRECTIONS HEALTH
    Shield Number        MULTNOMAH COUNTY, OREGON
    Employer
    Address

    PORTLAND           OR
        *City*               *State*           *Zip Code*
    [ ] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    UNITED STATES CONSTITUTION, VIII AMENDMENT; BARRING CRUEL AND
                     UNUSUAL PUNISHMENT.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any
       statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
       42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
       of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
       federal law.  Attach additional pages if needed.

UNDER THE AUTHORITY OF MULTNOMAH COUNTY AND ALSO
UNDER AUTHORITY OF THE STATE OF OREGON THEY WILFULLY VIOLATED
MY RIGHT TO BE FREE OF CRUEL AND UNUSUAL TREATMENT WHILE
USING THEIR AUTHORITY TO HOLD ME AS A SUPERVISORY AUTHORITY.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*   AWAITING APPELLATE RESENTENCING

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

" SEE ATTACHED "

" STATEMENT OF CLAIM, PARAGRAPH IV. "

" STATEMENT OF CLAIM
  PARAGRAPH IV. "

B. THE INCIDENT BEGAN AT THE MULTNOMAH COUNTY
SHERIFF'S OFFICE, MULTNOMAH COUNTY DETENTION CENTER (MCDC)
ON 03-10-2020, AND CONTINUED AFTER BEING TRANSFERRED
TO THE MULTNOMAH COUNTY SHERIFF'S OFFICE, MULTNOMAH
COUNTY INVERNESS JAIL (MCIJ). BOTH FACILITIE ARE LOCATED IN
PORTLAND, OREGON IN THE COUNTY OF MULTNOMAN.

C. THE EVENTS GIVING RISE TO MY CLAIM OCCURED ON 03-10-20
AT APPROXIMATELY 11:00AM.

D. ON 03-10-20 WHILE IN SEGREGATION AT THE MULTNOMAH
COUNTY DENTENTION CENTER (MCDC) I NOTIFIED A MULTNOMAH
COUNTY DEPUTY SHERIFF THAT MY RIGHT WAS INFECTED, SWELLING,
AND IN SEVERE PAIN. THE DEPUTY REFUSED TO CONTACT MEDICAL
STAFF. THEN ON 03-11-20 I WAS TRANSFERRED TO THE
MULTNOMAH COUNTY INVERNESS JAIL (MCIJ) AND HOUSED IN
A COMMUNAL DORM "DORM 8". I WAS ABLE TO SPEAK TO
A MEDICAL TECHNICIAN ABOUT THE WORSENING CONDITION
OF MY THUMB AND THE FACT THAT IN 2012 THE SAME
EXACT SITUATION RESULTED IN EMERGENCY SURGERY BECAUSE
OF THE LACK OF IMMEDIATE TREATMENT, THE "MED TECH"
SAID SHE WOULD "PASS IT ON" TO MEDICAL STAFF. I WAS
NOT SEEN BY MEDICAL STAFF THAT DAY, 03-11-20, AND SUB-
SEQUENTLY FILED A "MEDICAL REQUEST FORM" REQUESTING
IMMEDIATE TREATMENT.

"STATEMENT OF CLAIM"

PARAGRAPH IV

D. (CONT.) THEN ON 03-12-20 I SPOKE WITH AN RN
WITHIN DORM 8, AFTER WHICH I WAS INFORMED
I WOULD BE "SCHEDULED TO SEE A PROVIDER". THE
RN REFUSED TO CONTACT A PROVIDER (DOCTOR) OR
HAVE ME TAKEN TO MEDICAL TO HAVE MY THUMB
LOOKED AT EVEN THOUGH IT WAS SWOLLEN TO TWICE
ITS NORMAL SIZE AND THE PAIN WAS SEVERE. I
AGAIN FILED A MEDICAL REQUEST FORM (MRF) TO
DOCUMENT MY PAIN AND SUFFERING. THEN ON
03-13-20, THE SAME RN I SPOKE WITH ON
03-12-20, VISITED THE DORM AGAIN AND I AGAIN
REQUEST TO BE SEEN BY A PROVIDER OR TAKEN TO
THE EMERGENCY ROOM AS THE INFECTION,
SWELLING AND PAIN WAS BEYOND BELIEF AND
AGAIN EXPLAINING THAT IN 2012 THE SAME
INFECTION OF MY RIGHT THUMB RESULTED IN
EMERGENCY SURGERY DUE TO LACK OF MEDICAL
TREATMENT, THE RN AGAIN REFUSED TO CONTACT
A PROVIDER TO ~~DIAGNOSE~~ DIAGNOSE MY CONDITION,
OR TAKE ME TO THE EMERGENCY ROOM TO ~~TREAT~~
WHAT WAS BECOMING A RAMPID INFECTION. THE
RN THEN STATED I WOULD SEE A PROVIDER IN
A "WEEK OR TWO". I AGAIN FILED ANOTHER
"MRF" TO BEG FOR IMMEDIATE CARE AND
COMFORT, TO NO AVAIL. THEN ON 03-14-20

PAGE 4.2 OF 11

"STATEMENT OF CLAIM"
PARAGRAPH IV

D.(CONT.) I AGAIN SPOKE TO AN RN IN DORM
8; STILL NOT KNOWING WHEN I WOULD BE
SEEN BY A PROVIDER IN THE MEDICAL
DEPARTMENT OF THE MULT. CO. INVERNESS JAIL
WHERE I WAS, AND STILL REMAINED HOUSED,
AND REPEATEDLY IMPLORED THAT I WAS IN
ENORMOUS PAIN AND THAT THE INFECTION AND
SWELLING WAS OUT OF CONTROL AND RE-
INTERATED THE 2012 EMERGENCY SURGERY
THAT WAS REQUIRED TO STOP THE MASSIVE
INFECTION, THAT WAS NOW OCCURING AGAIN.
THE RN STATED "THERE IS NO INFECTION" AND
THEN STATED "THERE IS ONLY MINOR SWELLING"
PROCEEDING TO SQUEEZE MY THUMB CAUSING
SEVERE PAIN. HE THEN STATED "YOU'RE ON
ASPIRIN AND NAPROXIN AND THAT CAN HANDLE
THE PAIN." NOT EVEN AWARE THAT THOSE MEDICATIONS
WERE PRESCRIBED BEFORE THIS MEDICAL
EMERGENCY FOR UNRELATED MINOR MEDICAL
ISSUES. HE THEN "CURTLY" SAID "NEXT" TO
THE NEXT INMATE IN LINE AWAITING MEDICATION
DISMISSING ME. I FILED ANOTHER "MRF" AGAIN
REQUESTING MEDICAL HELP, TO NO AVAIL. THEN ON
03-15-20 THE SAME RN VISITED THE UNIT FROM
THE PREVIOUS DAY, A MALE RN, AND AGAIN

PAGE 4.3 OF 11

"STATEMENT OF CLAIM"

PARAGRAPH IV

D. (CONT.) I EXPLAINED MY SEVERE PAIN AND SUFFERING AND HOW I WAS UNABLE TO EAT HARDLY ANYTHING DUE TO THE PAIN, AND SLEPT FOR ONLY SHORT PERIODS OF TIME. I WAS AGAIN DENIED MEDICAL ATTENTION AND WAS FORCED TO REMAIN IN THE DORM AND TOLD I DID NOT NEED TO SEE A DOCTOR (PROVIDER) OR GO TO THE E.R. AND THAT I WAS SCHEDULED TO SEE A PROVIDER ON 3-23-20 AND HE ALSO REFUSED TO MOVE UP THE DATE OF MY APPOINTMENT EVEN THOUGH MY THUMB WAS NOW THREE TIMES THE SIZE OF THE OPPOSITE THUMB. I FILED ANOTHER "MRF" BEGGING TO BE SEEN, TO NO AVAIL. ON 03-16-20 THE SAME SCENARIO OCCURED WITH THE RN REFUSING TO NOTIFY MEDICAL OR ALLOW A PROVIDER TO LOOK AT MY MEDICAL EMERGENCY SHOWING CONTINUED INDIFFERENCE TO MY SUFFERING. I FILED AN INMATE GRIEVANCE FORM DATED 03-16-2020 TO DOCUMENT AND OBJECT TO THIS CONTINUED DISREGARD FOR MY SEVERE MEDICAL EMERGENCY. ON 03-17-20 I AGAIN SPOKE WITH THE SAME MALE RN AND THE SAME SCENARIO OCCURRED, DISMISSING ME WITH CONTINUED INDIFFERENCE TO MY MEDICAL

PAGE 4.4 OF 11

" STATEMENT OF CLAIM "

PARAGRAPH IV

D. (CONT.) NEEDS, AND REFUSED AGAIN TO CONTACT A PROVIDER
OR TAKE ME TO THE E.R. AT A LOCAL HOSPITAL. MY
THUMB WAS SWOLLEN SO SEVERELY THE PRESSURE WAS
CAUSING THE SKIN TO TURN WHITE. I BEGGED HIM
TO HELP ME EXPLAINING I COULD NOT EAT OR SLEEP
BECAUSE OF THE PAIN AND HE STILL REFUSED TO TREAT
ME. I FILED A " MRF " ASKING FOR IMMEDIATE HELP,
TO NO AVAIL. ON 03-18-20, I AGAIN SPOKE WITH
THE SAME MALE RN AND THE SAME EXCHANGE OCCURRED,
AND HE AGAIN REFUSED TO HELP ME IN ANY WAY. I
FILED ANOTHER "MRF" DOCUMENTING MY SUFFERING.
ON 03-19-20, I AGAIN SPOKE TO THE RN BEGGING
TO SEE A DOCTOR (PROVIDER) OR BE TAKEN TO THE
EMERGENCY ROOM, THE RN STATED " THERE IS NO INFECTION "
AND THAT IT " WAS ALL IN MY HEAD " I TOLD HIM
AGAIN TO REVIEW MY MEDICAL FILE DETAILING THE
2012 EMERGENCY SURGERY FOR THE SAME THUMB,
TO WHICH HE REPLIED " I REVIEWED IT ALREADY, AND
I'M NOT CONCERNED." HE AGAIN REFUSED TO TREAT
ME OR SEEK MORE QUALIFIED MEDICAL HELP AND
LEFT THE DORM. I WAITED UNTIL THE RN LEFT THE
UNIT (DORM) AND ASKED THE DORM DEPUTY ON DUTY,
DEPUTY WENZEL, TO PLEASE CALL THE HEAD NURSE
TO LOOK AT THE MASSIVE INFECTION AND SWELLING
AND TO PLEASE HELP ME. DEPUTY WENZEL CONTACTED

ATTACHED TO PAGE 4 of 11

"STATEMENT OF CLAIM"

PARAGRAPH IV

D.(CONT.) MEDICAL AND IN JUST A FEW MINUTES THE
HEAD NURSE ON DUTY CAME TO THE DORM. SHE
TOOK ONE LOOK AT MY THUMB, JUST MINUTES
AFTER THE RN DISMISSED MY MEDICAL EMERGENCY,
AND STATED " HE NEEDS TO GO TO THE HOSPITAL! "
SHE IMMEDIATELY CONTACTED THE PROVIDER ON
DUTY AT "MCIJ." THE PROVIDER STATED THAT
HE HAD SPOKEN TO THE RN IN QUESTION AND
HE HAD DIAGNOSED THAT I DID NOT NEED
URGENT TREATMENT AND THAT IT COULD WAIT
UNTIL THE 23RD OF MARCH; FOUR DAYS FROM
FROM THAT DAY'S DATE. I ASKED HER WHAT
SHE THOUGHT? SHE IMMEDIATELY RESPONDED
THAT I WOULD BE TAKEN TO THE EMERGENCY
ROOM AT PROVIDENCE HOSPITAL THE FOLLOWING
DAY, AND THAT I WOULD BE IMMEDIATELY
PRESCRIBED ANTIBIOTICS TO TRY TO REDUCE THE
SWELLING AND COMBAT THE MASSIVE INFECTION,
SO SEVERE, THE RN REQUESTED TWO (2) POWERFUL
ANTIBIOTICS AT THE SAME TIME. I AGAIN ALSO
BEGGED FOR PAIN MEDICATION DUE TO MY INABILITY
TO EAT OR SLEEP, THE RN REFUSED TO ISSUE PAIN
MEDICATION AT THAT TIME. ON 03-20-20 I
WAS TRANSPORTED TO THE EMERGENCY ROOM
AT PROVIDENCE HOSPITAL IN PORTLAND, OREGON

"STATEMENT OF CLAIM"

PARAGRAPH IV

D.(CONT.) WHERE I ~~RECIEV~~ RECEIVED EMERGENCY
SURGERY BY AN UNIDENTIFIED INDIVIDULE AFTER
BOTH A SPECIALIST AND PLASTIC SURGEON REFUSED
TO RESPOND TO THE EMERGENCY ROOM. THE
INFECTION AND SWELLING WERE SO SEVERE THE
INDIVIDULE WHO PERFORMED THE SURGERY HAD
TO PLACE A DRAINAGE TUBE THROUGH THE PAD
OF MY THUMB, PERPINDICULAR TO THE THUMB,
DUE TO THE AMOUNT OF FLUID CONTAINED IN IT.
✳ PRIOR TO THIS OPERATION AND TRANSPORT TO
PROVIDENCE'S E.R. THE PROVIDER WHO SPOKE
WITH THE HEAD RN THE PREVIOUS DAY STATED
" I AM GOING TO DO THE SURGERY HERE AT "MCIJ" "
EVEN THOUGH THE PROVIDER IN QUESTION IS ONLY A
"NURSE PRACTITIONER". I REFUSED TO ALLOW HIM TO
PROCEED AFTER BECOMING AWARE HE WAS NOT
A PHD OR A SURGEON, AFTER HE CONSULTED
WITH ANOTHER MEDICAL STAFF MEMBER, HE
WAS INFORMED THAT I WOULD BE TRANSPORTED
TO PROVIDENCE'S ER BECAUSE "MCIJ" DIDN'T
OPERATE ON FINGERS OR EYES." AFTER RETURNING
TO THE INSTITUTION "MCIJ", I WAS PRESCRIBED
"NORCO", GENERIC VICODAN, WHICH I HAVE A DOCUMENTED
SEVERE REACTION TO. I HAD NO OTHER ALTERNATIVE
BUT TO TAKE THIS MEDICATION FOR THE HORRENDOUS

"STATEMENT OF CLAIM"
PARAGRAPH IV

D. (CONT.) PAIN AND SUFFERING CAUSED BY THE EMERGENCY
SURGERY AND THE INFECTION, SWELLING AND INFORMED
THE MEDICAL STAFF THAT I WOULD SUFFER FROM
SEVERE AND POTENTIALLY CATASTROPHIC CONSTIPATION
IF I CONTINUED USING NORCO. THE MEDICAL
STAFF REFUSED TO ADJUST MY MEDICATION,
KNOWING FULL WELL THAT I WAS ALLERGIC TO
NORCO, AND MAKING A CLAIM IN A MEMO DATED
03-21-20 "THIS IS WHAT YOU WERE PRESCRIBED AT THE
HOSPITAL" (EXHIBIT 1) WHICH IS FALSE, AND CAN BE
EASILY VERIFIED BY THE HOSPITAL RECORDS WHICH
THE MULTNOMAH COUNTY HEALTH DEPARTMENT, CORRECTIONS
HEALTH (MCIJ MEDICAL DEPARTMENT) REFUSES TO
TURN OVER. (EXHIBIT 2) MEDICAL STAFF STATED IN
THE MEMO DATED 03-21-20 (EXHIBIT 1) THAT I
COULD "REFUSE" TO TAKE THE PAIN MEDS, BUT THAT
THEY WOULD NOT PRESCRIBE AN ALTERNATIVE
LEAVING ME WITH NOT CHOICE BUT TO SUFFER
PAIN EITHER FROM A FECAL IMPACT OR POST-OPERATIVE
TRAMA. I TOOK THE PAIN MEDS UNTIL I COULD
NO LONGER PRODUCE A BOWEL MOVEMENT (BM) BECAUSE
I COULD NOT HANDLE THE POST-OPERATIVE PAIN AND
SUFFERING, THAT LASTED SEVERAL DAYS. I THEN
REQUESTED AND FINALLY RECEIVED, AFTER SEVERAL
DAYS, A LAXATIVE, THIS AFTER SUFFERING DAYS OF

" STATEMENT OF CLAIM "

PARAGRAPH IV

D. (CONT.) SEVERE CONSTIPATION CAUSED BY THE MEDICATION.
I REPEATEDLY INFORMED THEM OF I WAS ALLERGIC
TO. FROM 03-20-20 THROUGH 03-31-20 THE
MEDICAL STAFF WAS INSTRUCTED BY THE PROVIDENCE
HOSPITAL POST OPERATIVE STAFF TO REBANDAGE MY
THUMB 3x PER DAY, AFTER SOAKING MY THUMB
TO HELP REMOVE THE FLUIDS STILL IN MY THUMB
AND TO CLEAR THE " DRAINAGE TUBE " SURGECALLY
IMPLANTED " IN MY THUMB. THE MEDICAL STAFF
HERE AT " MCIJ " REFUSED TO DO ANY OF THE
POST-OPERATIVE PROCEDURES " PRESCRIBED " BY THE
MEDICAL STAFF AT PROVIDENCE HOSPITAL, EVEN
ALLOWING THE SAME BANDAGE TO REMAIN ON THE
WOUND FOR THREE-DAYS. THE CONTINUED LACK OF
ANY COMPASSION AND THE DELIBERATE INDIFFENCE
OF THE ENTIRE STAFF OF THE MULTNOMAH
COUNTY HEALTH DEPARTMENT'S CORRECTIONS HEALTH
SERVICES, CAN BE SHOWN BE A REVIEW OF THE
RECORDS THAT HAVE BEEN DENIED ME, AND THE
MULTIPLE " MRFS " THAT WERE FILED DURING THIS
DELIBERATE ACT OF INDIFFERNCE ON THE PART OF
ALL INVOLVED.

PARAGRAPH V.

PERMANENT DISFIGUREMENT OF THUMB, SEVERE EMOTIONAL
AND PSYCHOLOGICAL TRAMA.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

"SEE ATTACHED"

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

"SEE ATTACHED"

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"SEE ATTACHED"

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1. REPRIMAND AND/OR TERMINATION OF MEDICAL AND SECURITY PERSONNEL INVOLVED.

2. COMPLETE TOP-DOWN REVIEW OF EMERGENCY MEDICAL PROCEDURES CONCERNING "PRETRIAL DETAINEES" AND "INMATES" HELD WITHIN ALL MULTNOMAH COUNTY DETENTION FACILITIES.

3. $500,000.00 FOR PAIN AND SUFFERING, RELATING TO PUNITIVE DAMAGES FOR THE ACTS OF DELIBERATE INDIFFERENCE

4. REPAIR OF ALL DAMAGES TO MY THUMB, INCLUDED BUT NOT LIMITED TO PLASTIC SURGERY

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MULTNOMAH COUNTY DETENTION CENTER (MCDC)

MULTNOMAH COUNTY INVERNESS JAIL (MCIJ)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

MEDICAL TREATMENT

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    MULTNOMAH COUNTY INVERNESS JAIL (MCIJ)

2.  What did you claim in your grievance?

    THAT THE MEDICAL STAFF WAS DISREGARDING MY DOCUMENTED MEDICAL NEES.

3.  What was the result, if any?

    NONE

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    THE APPEAL WAS DENIED.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I FILLED OUT NUMEROUS MEDICAL REQUEST FORMS "(MRFs) REQUESTING IMMEDIATE MEDICAL CARE DUE TO INTOLERIBLE PAIN AND SUFFERING CAUSED BY MASSIVE SWELLING, A MEDICAL CONDITION FIRST TREATED IN 2012

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)     _____
     Defendant(s)     _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

☐ Yes

☐ No

     If no, give the approximate date of disposition.     _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04-07-2020

Signature of Plaintiff    _Brian K Redmond_
Printed Name of Plaintiff    BRIAN K. REDMOND
Prison Identification #    58769
Prison Address    11540 NE INVERNESS DR
    PORTLAND    OR    97220
    City    State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
    City    State    Zip Code

Telephone Number    _____
E-mail Address    _____

*Exhibit 1*

 MULTNOMAH COUNTY
HEALTH DEPARTMENT
CORRECTIONS HEALTH

3/21/2020

Brian Kieth Redmond 8-28
**eSWIS: 58769**

We received your Medical Request Form

- You are currently prescribed NORCO 5/325MG TAB three times a day "MAY REFUSE" until 03/27/2020  This is a long lasting narcotic pain reliever. This is what you were prescribed at the hospital.
- There is a low risk of constipation while being on a narcotic pain reliever, you can help prevent this by drinking plenty of water and getting plenty of exorcize, as your pain lessens you may refuse the NORCO with out consequence as your thumb heals.
- You also have DOCUSATE SOD 100MG CAP and FIBER LAXATIVE 0.52GM CAP (METAMUCIL) to help prevent constipation.

EXHIBIT Z

Health Department
**Multnomah County Oregon**
Inverness Jail/Corrections health

Health Information Services
426 SW Stark, 7th Floor
Portland, OR 97204
(503)988-3997
(503)988-4088

To: Redmond, Brian   58769

From: Multnomah County Corrections Health

Date: 03/26/2020

RE: Obtaining Medical Records from Corrections Health

---

ORS 179.505 requires that clients be allowed to inspect and/or have copies of their records.

ORS 179.505 also allows agencies to charge clients for copies of their records.

Our policy states that you cannot receive a copy of your medical records until after your release from custody. If you would like to begin this process now, please complete the attached Release of Information (ROI), completing all highlighted areas, and return to medical.

After your release, you may call the above number and ask for Medical Records. If the attached forms have been completed previously, you will be informed of the cost of your records and when they will be ready for pick up or mailing. If the ROI has not been completed, you may pick one up, or we can mail it to you.

If you choose not to pay the photocopying costs directly, we suggest that you sign a Release of Information form to your attorney and have your attorney obtain the records for you. We bill all agencies, insurance companies, attorneys and others to whom records are sent. We do not charge for records that are released to their medical providers.

Please contact Multnomah County Health Information Services at the number above for more information.

The R.N. Refused to let me have or view my care instruction from the Hospital. 1:30 PM 3-26-20
They not only refused, but gave me NO ROI form!